1~{ z2 z 5~
,&. .26., 352) *5283
&LWH DV 1HE

DQG DGHTXDWHO\ FRYHU WKH LVVXHV-VXEPLV
GLFLDO HUURU FRQFHUQLQJ WKH LQVWUXFWL

7. Directed Verdict: Appeal and Error. :-KHQ D PRWLRQ 1IRU GLU
GLFW PDGH DW WKH FORVH RI DOO WKH HYLG
DSSHOODWH UHYLHZ LV FRQWUROOHG E\ WKH
RQO\ ZKHUH UHDVRQDEOH PLQGV FDQQRW GL
FOXVLRQ IURP WKH HYLGHQFH DQG ZKHUH WI
PDWWHU RI ODZ

8. Pleadings: Appeal and Erron. 3HUPLVVLRQ WR DPHQG D
DGGUHVVHG WR WKH GLVFUHWLRQ RI WKH WU
QRW GLVWXUE WKH WULDO FRXUWQV GHFLVLR'

9. Juries ,Q 1HEUDVND WKH QXPEHU RI SHUHPSWR
FLYLO DFWLRQV LV JRYHUQHG E\ FDVH ODZ D-'
Juries: Partie: $ SDUW\ FDQ H[HUFLVH WKH SHUH
UHPRYH D SRWHQWLDO MXURU RQ WKH EDVLV
VWDWXV DV D PHPEHU RI VRPH FRJQL]DEOH J
DWWLWXGH WRZDUG WKDW SDUW\GV FDVH
BBBB BBBB :KHUH WKHUH DUH PXOWLSOH S&S
ODZVXLW HDFK VLGH RI WKH ODZVXLW LV HQ
WRU\ FKDOOHQJHV XQOHVV WKH PXOWLSOH
HDFK RWKHU
BBBB BBBB OXOWLSOH SDUWLHV RQ WKH VD
DGYHUVH WR HDFK RWKHU ZKHQ D JRRG IDL'\
WKHP RYHU DQ LVVXH RI IDFW WKDW WKH MXl
Parties 7KH IDFW WKDW RQH SDUW\ PD\ KDYH WE
UHFRYHU\ QRW DVVHUWHG DJDLQVW WKH RWK
WZR SDUWLHVG LQWHUHVWV DUH DGYHUVH
BBBB 5HOHYDQW FLUFXPVWDQFHV WR GHWH
LQWHUHVWV DUH DGYHUVH WR HDFK RWKHU
ZKHWKHU VHSDUDWH DFWV RI PLVFRQGXFW Z
GHIHQGDQWV ZKHWKHU FRPSDUDWLYH QH
WKH FDVH WKH W\SH RI UHODWLRQVKLS D
FURVV FODLPV RU WKLUG SDUW\ FRPSODLQWV
WDNHQ WKHUHLQ LQIRUPDWLRQ GLVFORVI
UHSUHVHQWDWLRQV PDGH E\ WKH SDUWLHV
Juries: Parties: Appeal and Error. 2QH ZKR GRHV QRW H[HU-
RU KHU SHUHPSWRU\ FKDOOHQJHV FDQQRW D
WR DOORZ D JUHDWHU QXPEHU RU D OHVVHU
Contracts: Shareholder Agreements BKDUHKROGHU DJUHHPHC
VWUXHG DFFRUGLQJ WR WKH SULQFLSOHV RI |
Actions: Breach of Contract: Damages $ VXLW IRU GDPDJHV
IURP EUHDFK RI D FRQWUDFW SUHVHQWV DQ I
20.

22.

24,

25.

26.

27.

28.

29.

30.

1~{ z2 z 5~
,&. .26., 352) *5283
&LWH DV 1HE

Contracts: Shareholder Agreements). 7KH PHDQLQJ RI DQ XQD.
VKDUHKROGHU DJUHHPHQW OLNH DQ\ FRQWUI
Contracts. ODWWHUV VHHNLQJ DYRLGDQFH RI D Y
WLYH GHIHQVHV

Contracts: Words and Phrases $ FRQGLWLRQ SUHFHGHOW
WKDW PXVW EH SHUIRUPHG EHIRUH WKH SDUW
FRQWUDFW RU D FRQGLWLRQ ZKLFK PXVW EH
DQ H[ILVWLQJ FRQWUDFW DULVHV

Contracts: Breach of Contract: Damages $ FRQGLWLRQ SUHFF
LQ FRQWUDVW WR D SURPLVH LQ D FRQWUDF'
EUHDFK LH WKH IDLOXUH WR SHUIRUP WKLE
GXW\ DQG WKH UHPHG\ OLHV LQ DQ DFWLRQ
Contracts: Intent: Words and Phrases) :KHWKHU ODQJXDJH LC
WUDFW LV D FRQGLWLRQ SUHFHGHQW GHSHQC
IURP WKH ODQJXDJH RI WK QWUDFW

BBBB BBBB BBBB :KHUH UDFWLQJ SDUV
JXDJH LV JHQHUDOO\ LQW

Contracts: Liability: Tende. ,Q D VL
PXWXDO FRQGLWLRQV SUHF
SDUW\ LV WULJJHUHG E\ DQ
FRQGLWLRQDO XSRQ FRQWHP
Contracts: Words and Phrases) 7HQGHU LV Q
GLWLRQ RU REOLJDWLRQ FRXSOHG
SHUIRUPDQFH VR WKDW ZHUH LW QRW IRU V
SDUW\ WR ZKRP WHQGHUHG WKH FRQGLWLRQ
DWHO\ VDWLVILHG

Tender: Waiver. 7HQGHU EHIRUH VXLW LV ILOHG LV
HQWLWOHG WR SD\PHQW E\ FRQGXFW RU GHE
VKRXOG EH PDGH DFFHSWDQFH ZRXOG EH UH
Contracts: Tender: Proof. $FWV ZKLFK LQ WKHPVHOYHV
WR PDNH D FRPSOHWH WHQGHU PD\ FRQVWLW:;
VR DV WR SURWHFW WKH ULJKWV RI D SDUW\
WHQGHU LV UHQGHUHG LPSRVVLEOH E\ FLUFX
WKH WHQGHUHU

Actions: Contracts: Pleading. 7R FRQVWLWXWH D GHIHQV
EDVHG RQ FRQWUDFW WKH PDWWHUV PXVW J
Rl DFWLRQ SOHDGHG LQ DGGLWLRQ WR SUHV
ZLOO QRW UHFRYHU

Claims: Contracts: Torts $ FODLP RI GHIHQVH DULVLQJ
FHSWV LV QRW JHQHUDOO\ DYDLODEOH ZKHUt
PLVHG XSRQ FRQWUDFW

Contracts) }|LGXFLDU\ GXWLHV DULVH IURP WKH UH
WHUPV RI WKH DJUHHPHQW

H
32.

34.

36.

37.

38.

39.

40.

42.

45.

J &. .26., 352) *5283
&LWH DV THE

Contracts: Parties 7KH LPSOLHG FRYHQDQW RI JR
H[LVWV LQ HYHU\ FRQWUDFW DQG UHFXLU
WUDFW GR DQ\WKLQJ ZKLFK ZLOO LQMXUH
WKH EHQHILW RI WKH FRQWUDFW
Contracts.) 7KH VFRSH RI FRQGXFW SURKLELWH
IDLWK LV FLUFXPVFULEHG E\ WKH SXUSRVH
BBBB 7KH FRYHQDQW RI JRRG IDLWK DQG
QHZ REOLJDWLRQV QRW RWKHUZLVH FRQWDLO
Contracts: Breach of Contract. 7KH +SULRU PDWHULDO EU
DSSOLHV ZKHQ D FRQWUDFW FRQWHPSODWH\
EHWZHHQ WKH SDUWLHV DQG WKH GRFWULQI!I
IRUP DOORZV WKH RWKHU SDUW\ WR FHDV
BBBB $ GXW\ XQGHU D VHSDUDWH FR’
ULQH RI SULRU PDOWHULDO EUHDFK QRU
WHG LI LW ZDV QRW RQH WR UHQGHU D §&
[FKDQJH RI SURPLVHV IXUWKHU ROQO\ ¢
UH DIIHFWHG
Actions: Breach of Contract. $ SULRU PDWHULDO EUHDFK |
WUDFWLQJ SDUW\ LV DQ DIILUPDWLYH-GHIHQVI
LQJ SDUW\ EUHDFKHV WKH VDPH FRQWUDFW R
Shareholder Agreements: Corporations 6KDUHKROGHU DJUHHP
EH IUHHVWDOGLQJ RI FRUSRUDWH E\ODZV
Claims: Juries: Verdicts) )DFWXDO LVVXHV QHFHVVDULO
MXU\QFV YHUGLFW RQ RQH FODLP LO D FDVH
UHVSHFW WR RWKHU FODLPV LQ WKH VDPH FD
Judgments. 7KH H[LVWHQOFH RI D ILGXFLDU\ GXW\ C
TXHVWLROQV RI ODZ IRU WKH FRXUW WR GHFLG
Corporations: Trusts. 7KH ODZ RI WUXVWV IRUPV WKH
GXWLHV )LGXFLDULHV LQ D FRUSRUDWLRQ D
EHFDXVH WKH\ GR QRW KDYH WLWOH WR WKH
WR WKH H[WHOW WKDW WKH\ FRQWURO WKH F
Equity: Courts 7KH VFRSH RI ILGXFLDU\ GXWLHV LV
KLVWRULFDO DSSURDFK RI WKH FRXUWV RI HT
Corporations OLQRULW\ VKDUHKROGHUV GR QRW F
HDFK RWKHU RU WR WKH FRUSRUDWLRQ
BBBB $Q RIILFHU RI D FRUSRUDWLRQ RFFX&
WRZDUG WKH FRUSRUDWLRQ DOG LWV VWRFENK
BBBB 7KH H[LVWHQFH RI D ILGXFLDU\ GXW\ F
FRUSRUDWLRQ GHSHQGV RQ WKH DELOLW\ WR
DQG QRPLQDO FRUSRUDWH RIILFHUV ZLWK QR
GR QRW RZH ILGXFLDU\ GXWLHV WR WKH FRUS
Actions: Damages: Proof. 7KH SODLQWLII LQ DQ DFWLR
ILGXFLDU\ GXW\ KDV WKH EXUGHQ WR SURYH
46.

47.

48.

49.

50.

52.

53.

54.

1~{ z2 Zz 5~
,&. .26., 352) *5283
&LWH DV 1HE
SODLQWLII D ILGXFLDU\ GXW\ WKH GHIHQ'!

GHIHQGDQW QV EUHDFK ZDV WKH FDXVH RI WK
WKH SODLQWLI!I ZDV GDPDJHG

Actions: Corporations: Proof. ,Q DQ DFWLRQ IRU EUHDFK R
WRZDUG D FRUSRUDWLRQ WKH SODLQWLII PX
ERWK WKH H[LVWHQFH RI D ILGXFLDU\ GXW\ LC
VKLIWV WR WKH GHIHQGDQW WR SURYH WKH G
KRQOHVW PDQQHU VXFK WKDW QR EUHDFK RI IL
Corporations: Proof. 1HJRWLDWLQJ WR OHDYH RQHYV |
D FORVHO\ KHOG FRUSRUDWLRQ DQG WR HQWt
ZKHUH LV QRW D WUDQVDFWLRQ WKDW VKLIW\
WKH QHJRWLDWLROGV IDLUQHVV

Employer and Employee $Q HPSOR\HUQV ULJKW WR GHF
OR\DOW\ PXVW EH WHPSHUHG E\ VRFLEHW\V ©
LQJ FRPSHWLWLRQ

Employer and Employee: Trade Secrets. $Q HPSOR\HH ZKR SOI
FRPSHWH ZLWK KLV RU KHU HPSOR\HU PD\ QR

HUQV WUDGH VHFUHWV VROLFLW WKH HPS
LQJ IRU WKH HPSOR\HU VROLFLW WKH GHé&
VWLOO ZRUNLQJ IRU WKH HPSOR\HU RU FI

WLRQ VXFK DV FXVWRPHU OLVWV

Trial: Evidence: Appeal and Error. (UURU PD\ QRW EH SUHGI
D UXOLQJ RI D WULDO FRXUW H[FOXGLQJ WHV
VWDQFH RI WKH HYLGHQFH WR EH RIIHUHG E\
WR WKH WULDO MXGJH E\ RIIHU RU ZDV DSSDU
WKH TXHVWLRQV ZHUH DVNHG

Corporations: Contracts. &XVWRPHUV ZLWKRXW H[FOX\
DUUDQJHPHQWV ZLWK FRUSRUDWLRQV RU ZL
DQQXKDOO\ UHOQHZ FRQWUDFWV DUH QRW FRUS
Equity: Unjust Enrichment: Principal andAgent. (TXLWDEOH FODZI
LV D UHVWLWXWLROQDU\ UHPHG\ EDVHG RQ SU
WKH IDLWKOHVV VHUYDQW GRFWULQH ,W HVW
HQJDJHV LQ DFWLYLWLHV WKDW EUHDFK WKH
FLSDO LV QRW HQWLWOHG WR DQG PXVW IRU
UHQGHUHG GXULQJ WKH SHULRG RI WKH EUHD
Jury Instructions: Appeal and Error. $Q\ MXU\ LQVWUXFWLRQ
WKH KDUPOHVV HUURU UXOH ZKLFK UHTXLUH'
DITHFWV WKH VXEVWDQWLDO ULJKWV RI WKH I
Torts: Intent: Proof. 7R VXFFHHG RQ D FODLP IRU WR
ZLWK D EXVLQHVV UHODWLRQVKLS RU H[SHFW
H[LVWHQFH RI D YDOLG EXVLQHVV UHODWLRQ
E\ WKH LQWHUIHUHU RI WKH UHODWLRQVKLS
LQWHQWLRQDO DFW RI LQWHUIHUHQFH RQ WK
1~{ z2 z 5~
",&. .26., 352) *5283
&LWH DV 1HE

WKH LQWHUIHUHQFH FDXVHG WKH KDUP VXVW)
ZKRVH UHODWLRQVKLS RU H[SHFWDQF\ ZDV Gl

55. Torts: Employer and Employee )DFWRUV WR FROQVLGHU ©
LQJ ZKHWKHU LQWHUIHUHQFH ZLWK D EXVLQ!
LQFOXGH WKH QDWXUH RI WKH DFWRUQV F
WKH LQWHUHVWV RI WKH RWKHU ZLWK ZKLFK
WKH LQWHUHVWV VRXJKW WR EH DGYDQFHG E
LQ SURWHFWLQJ WKH IUHHGRP RI DFWLRQ RI '
HVWV RI WKH RWKHU WKH SUR[LPLW\ RU U
WR WKH LQWHUIHUHQFH DQG WKH UHODWL
ZKHWKHU XSRQ D FROVLGHUDWLRQ RI WKH U
LQOYROYHG WKH FRQGXFW VKRXOG EH SHUPL'
HIIHFW RI KDUP WR DQRWKHU

56. Contracts. $Q LQGLYLGXDOGFV LQWHUHVW LQ SURV
UHFHLYHV OHVV SURWHFWLRQ@ WKDQ KLV RU K

57. Torts: Proof. 7KH SDUW\ DOOHJLQJ WRUWLRXV LQW
SURYLQJ WKDW WKH FROGXFW GLG QRW IDOO

58. Torts: Intent. 2QH LV SULYLOHJHG SXUSRVHO\ WR F
HQWHU LQWR RU FRQWLQXH D EXVLQHVV UHO
LI WKH UHODWLROQ FROFHUQV D POWWHU L¢
WKH DFWRU DQG WKH FRPSHWLWRU WKH
PHDQV WKH DFWRU GRHV QRW LQWHQG W
LOOHJDO UHVWUDLOQW RI FRPSHWLWLRQ DQG
SDUW WR DGYDQFH KLV RU KHU LQWHUHVW LC

59. Torts ,PSURSHU PHDQV RI FRPSHWLWLRQ KDV E
YLROHQFH IUDXG FLYLO VXLWV DQG FULPL
WKHVH PHDQV PD\ QRW EH IRUELGGHQ GHS
WKH DFWRU DQG WKH SHUVRQ LOGXFHG OD
SOLVKHG E\ WKH DFWRU

60. Evidence: Appeal and Error. ,Q D FLYLO FDVH WKH DG
VLRQ RI HYLGHQFH LV QRW UHYHUVLEOH H
VXEVWDQWLDO ULJKW RI WKH FRPSODLQLQJ

$SSHDO IURP WKH ’LVWULFW &RXUW
5 ~ '~ -XGJH $IILUPHG
0

6BORYHN DQG ’Z\HU $UFH_ F

HC
QG

PL
UU
$s
- 605 -

THE

DUW DQG
RU DSSH

&LWH DV

% OX
$

-HIIUH\ -
%ODQAG

OOHH

DQG

_ ee he J—
mB— 5X F0755 62 095x%23 7
oO Tzu 50 at IncOCss

<2 -O Ow
a oFotta Wo

x Ioe-anwnote
2G 40S 5NUX a a Sy

~~ <lIDT = o or
NOmrax,F9OuTaGgtS ror Oy r

—
eo lvoxxK tu OSe 4 rT

Oa, 2D=r <qilCGu

—N AArTzSO CG —~Oon
x~“rEerro05 =i lsqgca_go%
ey role KOU a “sD

210
= WY ~~ b Le oc
OouSsTIn7%334 7 700, 23nT04r

Loz=zuu-oaocwWNoOoOwSeOOLoz=
THE

- 606 -

&LWH DV

I+%*% > > _
DSa-Us oX<7oS0r52s TASz
TEL G_ G9 utSoganr== OT Gz OxYax?
wn FOPr Psa Fra 4nP*®GlT er AIO" aos
FO90590 7xXOVTey> I%5°Te_ IS
a-_O5rd eT e eKG O7lslra
OT Oa03NZ 2. SDOgcE OO Mert Dez
Tort ror m2 9Cn tg Q9-350_33 5
>See er uo. G05” ATO *S50 x2
agS°°noOFa Or 7 O>> ee tsra2o
Y x< > zZz>~x Oa graxs

, LL Zuo
\ ca = QQ \ Zr 7 NE s
e#- oe o < cer G >xol> Is

>
O>ISz x = eso oa ane Ero x

1 On? -s Irs5rtud

oc
ru Be SS a3" SUG F>et Tr PS Prog x3 Fza
10D x a T3656 09-2 00SAXUNG xxv LX

IN AIT

DOOTONS FS B206L 25200022 Zaonltwne0ro

tisttrevoo00rey<riteo

S2Z0 = cPseuX% v2z4625svuxacwaonZz 50nZ—750
- 607 -

THE

&LWH DV

203255

rO-” re
yD

> >DoO=ITr

Ox XX 5 >

Soacu-Or
rT

Sirsa >

o-Su
DT Fr

Sor>= Tra
OL oFe5-tHtre

206 eo
x 5
elas ox? toa =
2>>? OxX¥D 628
Osa gray FeCT Vow

1 Ont> a

SaaO-xinsao%0>0
> >5>etTn0*xKor-—oaoconr
~>LOnns>weot>o"8

Lu O@ «
ro Co

“agtOoyx<o
AIS L0ODO

WR 5SHLV\'

6BWDW

1HE 5HY

6HH

6XSS$
THE

- 608 -

&LWH DV

~-1034,90 = SO aa rT ¢9SoO_lao- O
—!

SOr> KZ00Sacr QO rs_x
— Jovy “uid >1ra_ Oo

* $5 4e@4L5>¢0_-S55

Su xaAx

5 F—sastSse

DOU 2E4¥2IN Tax ST eeer oF

oc >o o Aww DT

KE E0_O , 5 500g LEEOr®

Le oO

2 O7tS35
x Oo

.3*
OR\DOW\
FHU DQG VK
%ODQG
W
W
K
D
%
K
X
Q
V
L

_I —!
> _
ore “yy yrvuco>x yje>0
“4 6 te Fapesecis o<
~Of¥Uve Tyo nO sa. Sire
GC A CNG

3*qV FRQILG

WR
R
F
WwW
WwW
Z
Z
K
|
H
V
H
Q
- 609 -

THE

&LWH DV

NOLDOLTH ox
xWOOUuSIu>
THE

&LWH DV

IO” x
S587 aasSst
Oryt PIL GO

= TOuprag or

set od5 Tot
N iL OFCnt aGta
YO 7Yrwa > =x

=
oO oD - 2
wDNi® »~O., uw<xO
7 Sr oOo Ou x
aot x
N= B25 -O ‘i?
oO GgrsanwleoGd
A> 5 <_aF ‘6fo

25 ExOxClucs
Woerorttoa
, 2O30*¥ 0325
1HE
.38*GV FRQILGHQWLLEI

&LWH DV

QXHG XVH RI

a uxLed
xxOs of ate o o> Or¥0F Lee
TO sBE-O5 pOG 5 CARS GEG -oSz9
5>70 - wert <Or OF nlare

u* oOo = CG Oo » oc >
aAw>=xx Sa tO5tOe On,7 3a
20552, 20 Torre arGto gt® TR5.

CG cis 247 tazi,c oO
o a O “O
~<OSGNTSO3B 053 TE0%7 su TQ PINs

DIDS SAG eA_s esata rut TG
3 Q oOo 3

pESO=CORd Su S%a500SeG3 FoF

O55 7 exer S7>5>KaTS p> oa 32D

>O - aNOxta gasp 31400

co Zu DOSS or Garossx< srt >> <>

20 Seo rok POs 6 0SFex 945505
o = O oO —~ory du

>. G2 San3a 2D r-DOAgN=D xLuox ot
S07 09xK0005% ¥ 02 50% troertian—
4SuSS>00X%H7>5 wnS>O°DM4uND Due
IURP 2FW

FWLRQ SU!
DV DGGXFH

THE

&LWH DV

> x U S~"OoatD Ve
OrSOl, 4g ¥z <u re eeza-a~
I .-roa Or >airs
a>Qoyaaltagr Stator So
vOy UGFADISG A az une
«> Q205> ~o =x “¥z90, 7°
wat JreEtrtoF= ux>ulo-y59
NIF\Yo <+GI Cz 37aq 2a
Ot 310 Os a res
rZzirm- <2 or TO #L 2676
te tal? rx trixG>a
<oaetegiw5t Sort
no as Tt *aCSrI- a Sa>72 =
ory 292757x¥04N “ar-¥s+ oO
~ 22G6=z O_fT 3S5INS5f
47 >4 Ir Ir

A027 ory Xl o*%rra+*y.Tr
ONXZT UYNWO us OCus eu